FILED
January 04, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003993208

**3 PAGES**

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
MEGAN A. LEWIS (SBN 221263)
mlewis@wilkefleury.com
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Trustee MICHAEL D. McGRANAHAN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re<br><br>DONALD HICKS,<br><br>Debtor. | Case No. 10-92531-7<br><br>DCN: WFH-3<br><br>Date: January 25, 2012<br>Time: 10:30 a.m.<br>Dept.: E (Modesto) |

**MOTION TO APPROVE SALE OF PROMISSORY NOTE SUBJECT TO OVERBIDS**

  Michael D. McGranahan, the duly appointed trustee in the above-captioned Chapter 7 case ("Trustee"), hereby moves for an order approving the sale of a promissory note subject to overbid. This Motion is brought pursuant to Section 363(b) and Local Rule 9014-1(f)(2). This motion is based on the Notice of Hearing, the Memorandum, the Declaration of Michael D. McGranahan, and the Exhibit List, all of which have been filed and served herewith, as well as the papers, pleadings, files and records of this Court and upon such oral and documentary evidence as may be put forth at the time of the hearing, if any.

I.

**SALE OF PROMISSORY NOTE SUBJECT TO OVERBID**

  Pursuant to section 363(b) of the Bankruptcy Code, the Trustee seeks to sell a promissory note originally held by Debtor Donald Hicks ("Debtor") relating to residential property located at

25 Oleander Lane, Turlock, CA 95380 (the "Oleander Note") for the sum of $6,000.00. Of this sale price, $3,000.00 will be paid upon Court approval of the sale, and additional payments of $1,000.00 per month for the following three months. Trustee proposes to sell the Oleander Note to the obligors on that note, Juan and Alexandra Rios (the "Obligors"). Given an apparent dispute over the value of the Oleander Note, and the Debtor's lack of cooperation in providing any of the parties information regarding the balance on the Oleander Note, as well as the inevitable cost to the estate for Trustee to litigate the value of the Oleander Note, Trustee believes the sale price is fair and reasonable, and that the sale to Obligors, or any successful overbidder, is in the best interest of the estate.

Trustee requests the Court to approve overbidding procedures as follows: an initial minimum bid of $6,500.00; Trustee will entertain subsequent bids in increments of $500; all competing bidders bid on the same terms as set forth in Purchase Agreement (Exhibit A) except for the purchase price; any potential bidder must submit evidence to Trustee that the potential bidder is financially qualified at least 2 business days prior to the sale hearing; Trustee shall have the right to decline bids from any bidder that has not submitted sufficient information to Trustee to justify that the bidder can qualify and close the sale; and for approval of not more than two overbidders as back up bidders in the event the sale does not close with the successful overbidder.

## II.

### **RELIEF REQUESTED**

WHEREFORE, Trustee request that this Court enter an order that:

(1) authorizes the sale of the Oleander Note to the Obligors or a successful overbidder;

(2) authorizes the Trustee to execute all documents and take all action necessary to complete the proposed sale of the Oleander Note; and

(3) provides for approval of not more than 2 back up bidders.

DATED: January 4, 2012        WILKE, FLEURY, HOFFELT,
                              GOULD & BIRNEY, LLP


                              By: _____
                                  STEVEN J. WILLIAMSON
                                  Attorneys for Trustee MICHAEL D.
                                       McGRANAHAN

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO